United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 12, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

---

No. 05-50286
Conference Calendar

---

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SHARON LYNN POSEY,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. 7:04-CR-187-ALL
--------------------

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM:*

The attorney appointed to represent Sharon Lynn Posey has
requested leave to withdraw and has filed a brief as required by
Anders v. California, 386 U.S. 738 (1967). Posey has filed a
response. She has also filed a motion for appointment of
counsel.

Our independent review of the brief, Posey's response, and
the record discloses no nonfrivolous issue. Accordingly, the
motion for leave to withdraw is GRANTED, counsel is excused from
further responsibilities herein, and the APPEAL IS DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

<u>See</u> 5TH CIR. R. 42.2.  Posey's motion for appointment of counsel

is DENIED.